UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:  ) CASE NO: 10-49344-399  Chapter 13
    STEPHANIE L MOW  )
      ) Trustee's Objection to Confirmation
    ALLEN G MOW  )
      ) Original confirmation hearing
    Debtor(s)  ) set for Oct 21, 2010  9:00 AM

**TRUSTEE'S OBJECTION TO CONFIRMATION OF 1ST AMENDED PLAN**

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Amended budget needed to reflect current employment and income.

    **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

/s/ John V. LaBarge, Jr.
--------------------------------
John V LaBarge Jr
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143    (314) 781-8100
trust33@ch13stl.com   Fax:(314) 781-8881

KLW-221

Copy served on the following either through the Court's ECF system or by ordinary mail on December 3, 2010 :

HEAGLER LAW FIRM
6302 N ROSEBURY
STE 1W
CLAYTON MO  63105

STEPHANIE L & ALLEN G MOW
25 EAGLES LANDING DR
SAINT PETERS MO  63376